UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-60299-WILLIAMS

JANET HOYT,

    Plaintiff,

vs.

HOLMAN AUTOMOTIVE, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal with prejudice. (DE 8). Upon review of the notice and the record, this action is **DISMISSED WITH**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this __ day of February, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE